FILED

2012 JUL 26  PM 3: 12

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

THOMAS C. DIBIASE,         )     CASE NO. 1:12 CV 0944

       Plaintiff,      )     JUDGE DONALD C. NUGENT

      v.            )

                     )     <u>JUDGMENT ENTRY</u>

LAKE COUNTY DETENTION  )
FACILITY, *et al.*,        )

       Defendants.    )

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that plaintiff's individual capacity claims against defendants Reed and Smith for excessive force are dismissed without prejudice. All of plaintiff's other claims are dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.

DONALD C. NUGENT
UNITED STATES DISTRICT COURT